**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case: 1:26-mj-00200 |
| | ) | Assigned To : Upadhyaya, Moxila A. |
| **v.** | ) | Assign. Date : 11/3/2026 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| **JOHN MCCLURE** | ) | |
| | ) | **UNDER SEAL** |
| *Defendant.* | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Timothy Palchak, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I submit this affidavit in support of a criminal complaint charging JOHN MCCLURE with Production of Child Pornography, in violation of 18 U.S.C. § 2251(a). Specifically, while residing outside of the District of Columbia, on or about June 28, 2026 to August 10, 2026, MCCLURE communicated with E.G. (minor victim) who resided in the District of Columbia and instructed her to produce illicit videos of herself and to send them to him via text. E.G. complied and sent illicit videos of herself to MCCURE via text messenger.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

## AFFIANT BACKGROUND

4. I am currently a Senior Police Officer (SPO) with the Metropolitan Police Department (MPD) / FBI Child Exploitation and Human Trafficking Task Force (CEHTTF). My tenure with the MPD spans 30 years, and I have been conducting criminal investigations in this capacity for more than 20 years. I am responsible for investigating federal Child Exploitation offenses to include the advertisement of child pornography and attempt sexual exploitation of children. As a task force member, I am authorized to investigate violations of United States laws and to execute search warrants issued under the authority of the United States. I have gained experience in such investigations through formal training and on-the-job training with more experienced detectives and agents. I have received training and experience in interviewing and interrogation techniques, peer-to-peer file sharing investigations, arrest procedures, search warrant applications, surveillance, and a variety of other investigative tools available to law enforcement officers.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2251(a) have been committed by JOHN MCCLURE ("the Subject.")

## PROBABLE CAUSE

7. On August 10, 2026, A.S. (W-1) the mother of the victim contacted the Metropolitan Police to report an incident involving her 14-year-old daughter, E.G. (V-1.) The

mother reported that she went through her daughter's cell phone and observed an illicit chat conversation involving her daughter and an unknown person who used the Instagram account name, "pinoypandalumpiXXX" and a cell phone number of 228-XXX-6865. The responding officer documented the allegations in a report and contacted the Youth and Family Services Division for further assistance.

8. On August 13, 2026, your affiant met the victim and her mother at their residence located in Washington, D.C. Upon arrival, the undersigned spoke with the victim's mother, A.S. (W-1). W-1 stated that she recently went through her daughter's phone and learned that she was communicating with an adult male via Instagram and text messenger. W-1 stated that her daughter sent the subject explicit videos and images of herself at the request of the person she was communicating with. W-1 stated that she took some screen shots of the subject's IG account which depicted face pictures of this person's account.

9. On August 13, 2026, your affiant conducted a cursory interview with the victim. The victim stated that sometime in May 2026, an individual using the Instagram username "pinoypandalumpiXXX" sent her a private message and began communicating with her. During their communications, they exchanged cellular telephone numbers and began communicating via text message.

10. The victim stated that during the course of the text conversation the subject asked her to send him sexually explicit images and videos of herself. She complied, produced and transmitted the material from her residence in Washington, D.C. The victim further stated that she disclosed her true age—14 years old—to the subject when they began communicating.

11. The victim reviewed a screenshot taken by her mother of the subject's Instagram account, which displayed photographs of a male's face. She identified the male depicted in the

photographs as the person with whom she had been communicating. The victim explained that, during their text-message exchange, the suspect sent her a full-body photograph that included his face, which matched the male depicted on the Instagram account. The victim confirmed that cellular number 228-XXX-6865 is the number used by the subject. The victim stated that the subject called himself, "Hubby brother moot" and her as, "Sister Moot Wifey."

12. An extraction of the victim's cellular phone revealed numerous messages between the victim and subject. The Instagram chats were deleted and not captured during the extraction. The following is an excerpt from the text communications between the victim and subject that took place on June 28, 2026: "Show me your wet boobs and nipples video again sister moot wifey hehe or picture" and " Hehe one pussy and clit picture sister moot wifey hehe". He also repeatedly asks her to show her face to him. V-1 responds by sending a picture which shows the top of her vagina with her hand near her vagina.

13. That same day, the subject texted: "Do you have my 3 extra special videos sister moot wifey hehe".[1] V-1 responds that she tried but was not able to show her face in the video. She then sends a video that is approximately 59 seconds long. The video shows V-1 naked on a bed, visible from her breasts to the tops of her legs. V-1 rubs her breasts and then rubs the top of her vagina. V-1 then says she should only send one of the videos and subject agrees. Subject states he is not home and will watch the video when he can. After watching the video, he asks V-1 to send the other videos. V-1 sends a video which is almost identical to the first video. Subject responds with: "I do love sister moot wifey hehe sexy naked body i wanna fuck it so bad hehe I wanna cum all over it nonstop hehe".

---

[1] The subject had earlier asked for photos/videos and when V-1 was unable to send them, she stated she would make up for it by sending extra videos later.

14. Later, that evening and during the early morning hours of June 29, 2026, the subject states "Take a quick picture of your pussy and clit for brother moot sister moot wifey hehe real quick." The subject later messages her: "I thought you were going to send a picture sister moot wifely hehe right now". V-1 says she will think about it, and the subject tells her to put the flash on her phone and take it underneath. In response, V-1 sends a blurry photo that shows the top of her vagina. The subject replies "Hehe sister moot wifey hehe I can see your clit hehe".

15. The subject later states that she will make lots of videos for him. The subject tells her that "tomorrow is off day" but on Tuesday, V-1 will "start up again". Later he instructs her to "try to angle it where I can see the front pussy and clit more...while still showing your boobs and nipples wet".

16. On June 30, 2026, subject texts "Message me when you get done with the extra 2 special videos sister moot wifey hehe and pictures hehe". V-1 later sends three different videos which all show V-1 naked on a bed, visible from her breasts to the tops of her legs. V-1 rubs her breasts and then rubs the top of her vagina.[2]

17. On July 7, 2026, subject asks for one more video. After V-1 says she'll think about it, he asks several more times for the video. She agrees, but declines his request for her to moan his name. The subject then says "Okay sister moot wifey hehe wifey I need it to be wet hehe so spit on your hands when you do it hehe". In response, V-1 sends a 58 second video in which she is naked and visible from her breasts to the tops of her legs. Her hand is off screen, then becomes visible as she drops liquid on top of the vagina. She then rubs her breasts then the top of her vagina.

---

[2] These three videos are different from each other and different than the earlier ones V-1 sent to subject.

18. On July 17, 2026, V-1 sends a close up video showing V-1's vagina. Subject responds that the video is blurry and asks V-1 to redo the video so he so he can see her "pussy and clit better". Subject tells V-1 to watch a YouTube video to improve the quality and then tells her she will have to make another video. He then sends a text telling her he wants "more stuff to make his penis extremely hard". Later, V-1 sends a video of herself standing naked, visible from her shoulders to the tops of her legs. V-1 rubs her breasts and then rubs her vagina.

19. On July 19, 2026, subject sends V-1 2 videos of adult females. In the videos, the women are fully visible with their breasts exposed but wearing underwear. The women rub their breasts and vaginas simultaneously with both hands. The subject texts V-1 that he wants her to do it just like the women in the videos. In response, V-1 sends a series of short videos where she is nude and sitting facing the camera with her legs spread, visible from her shoulders down. In the first two videos, V-1 rubs her breast with one hand and her vagina with the other. In the second two videos she rubs her breasts with both hands then her vagina with both hands. She sends an additional four videos which are similar in content.

20. On July 23, 2026, the subject asks V-1 to "play with your pussy and massage it for me now your boobs and nipples and I wanna see your face". V-1 sends a minute long video in which she is nude facing the camera. She is visible from her face to the tops of her legs. She rubs her breast and her vagina with her hands.

21. On July 24, 2026, subject sends a message that he wants V-1 to "make video of you bouncing...on your butt and front pussy part". V-1 later sends a video where she is on her knees, nude and facing away from the camera. She then bounces up and down with her buttocks exposed

to the camera. She then sends a similar second video, but she is facing the camera with her vagina exposed to the camera and her face visible.

22. After receiving those videos, the subject says he has one more thing and texts "I wanna see the front of your pussy and clit throbbing extremely fucking hard". V-1 then sends a video of where the camera is placed near her vagina with her legs spread. The upper part of her body to include her face is still visible. In the video, it appears V-1 is flexing her abdominal muscles and lifts her hips up toward the camera.

23. During the course of the text communication in early July 2026, the following message was sent from the subject to the victim: "Its fine sister moot wifey but literally its nothing when you go to high school you better start paying more attention more in class and learning sister moot wifey."

24. The conversation between V-1 and the subject continued until August 10, 2026.

25. The phone number V-1 was texting with (228-XXX-6865) was found to be registered to Cellular South. A member of the CEHTTF issued a subpoena to Cellular South who provided subscriber information of McClure's A/C & Heating, located in Gautier, MS.

26. V-1's mother took a screenshot of Instagram account pinoypandalumpiXXX, which was believed to belong to the individual V-1 was talking to:




V-1 reviewed photos from the account and stated that they matched photos the subject sent of himself.

27. A member of the CEHTTF issued a subpoena to Meta for the pinoypandalumpiXXX Instagram account. Although the account had been closed, it listed a subscriber name of John McClure and unverified telephone number of 228-XXX-6865. It also listed a verified email account of johnmcclure1XXX@att.net.

28. Open source searches for McClure's A/C & Heating (aka McClure's Comfort Zone), listed a business address of XXX Calle Hermosa St, Gautier, MS. Additional searches indicated the business had been owned by Pat McClure, who passed away in 2025, which matches information provided by the subject to V-1. V-1, during her interview, had told law enforcement that the subject had told her that his father had passed away. Pat McClure's obituary listed one of

his sons as John Patrick McClure.

29. John Patrick McClure's Mississippi driver's license was obtained. The photo from the license matched the photos of the individual from the pinoypandalumpiXXX Instagram, which V-1 confirmed matched the photos of the subject that were sent to her:



30. McClure's driver's license also listed a home address of XXX Calle Hermosa St, Gautier, MS, the same address as McClure's A/C and Heating.

## CONCLUSION

31. For the reasons set forth above, I submit that probable cause exists to believe that on or about and between June 28, 2026 and August 10, 2026, MCCLURE persuaded V-1 to produce child pornography, in violation of 18 U.S.C. § 2251(a). I respectfully request that a criminal complaint be issued for MCCLURE.

Respectfully submitted,

Timothy Palchak
Senior Police Officer
Metropolitan Police Department of DC

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on November 3, 2026.

THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE