AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
John McClure (AKA: N/A)

*Defendant*

Case: 1:26-mj-00200
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 11/3/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* John McClure ,
who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☒ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a) - Production of Child Pornography.

Date: 11/03/2026

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/04/2026 , and the person was arrested on *(date)* 11/06/2026
at *(city and state)* Gunter MS .

Date: 11/06/2026

*Arresting officer's signature*

Special Agent Hillary Ladner
*Printed name and title*